PlnDue, DsclsDue

# U.S. Bankruptcy Court
## Southern District of Florida (Fort Lauderdale)
### Bankruptcy Petition #: 20-13363-PGH

*Assigned to:* Paul G. Hyman, Jr.
Chapter 11
Voluntary
Asset

*Date filed:* 03/12/2020
*341 meeting:* 04/20/2020
*Deadline for filing claims:* 05/21/2020
*Deadline for filing claims (govt.):* 09/08/2020

*Debtor*
**Bullseye Coating And Blasting Corp**
2301 SW 57 Ter
West Park, FL 33023
BROWARD-FL
Tax ID / EIN: 81-0714458

represented by **Peter D Spindel**
8306 Mills Dr. #458
Miami, FL 33183
(305) 279-2126
Fax : (305) 418-0158
Email: peterspindel@gmail.com

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
(305) 536-7285

Exhibit "A"

| Filing Date | # | Docket Text |
|---|---|---|
| 03/12/2020 | 1 (4 pgs) | Chapter 11 Voluntary Petition . [Fee Amount $1717] Proofs of Claim due by 05/21/2020. (Spindel, Peter) (Entered: 03/12/2020) |
| 03/12/2020 | 2 (2 pgs) | List of Twenty Largest Unsecured Creditors Filed by Debtor Bullseye Coating And Blasting Corp. (Spindel, Peter) (Entered: 03/12/2020) |
| 03/12/2020 | 3 (1 pg) | Corporate Ownership Statement Filed by Debtor Bullseye Coating And Blasting Corp. (Spindel, Peter) (Entered: 03/12/2020) |
| 03/12/2020 | 4 (1 pg) | Equity Security Holders Filed by Debtor Bullseye Coating And Blasting Corp. (Spindel, Peter) (Entered: 03/12/2020) |
| 03/12/2020 | 5 (2 pgs) | Disclosure of Compensation by Attorney Peter D Spindel. (Spindel, Peter) (Entered: 03/12/2020) |
| 03/13/2020 | 6 (2 pgs) | Notice of Incomplete Filings Due. Summary of Your Assets and Liabilities and Certain Statistical Information due 3/26/2020. Schedule A/B due 3/26/2020. Schedule D due 3/26/2020. Schedule E/F due 3/26/2020. Schedule G due 3/26/2020. Schedule H due 3/26/2020.Statement of Financial Affairs Due 3/26/2020.Declaration Concerning Debtors Schedules Due: 3/26/2020. [Incomplete Filings due by 3/26/2020]. (Rodriguez, Lorenzo) (Entered: 03/13/2020) |

| | | |
|---|---|---|
| 03/15/2020 | [7](#) (3 pgs) | BNC Certificate of Mailing (Re: [6](#) Notice of Incomplete Filings Due. Summary of Your Assets and Liabilities and Certain Statistical Information due 3/26/2020. Schedule A/B due 3/26/2020. Schedule D due 3/26/2020. Schedule E/F due 3/26/2020. Schedule G due 3/26/2020. Schedule H due 3/26/2020.Statement of Financial Affairs Due 3/26/2020.Declaration Concerning Debtors Schedules Due: 3/26/2020. [Incomplete Filings due by 3/26/2020].) Notice Date 03/15/2020. (Admin.) (Entered: 03/16/2020) |
| 03/17/2020 | [8](#) (2 pgs) | Notice of Meeting of Creditors. Meeting of Creditors to be Held on 4/20/2020 at 01:30 PM at 299 E Broward Blvd Room 411, Fort Lauderdale. Deadline to File a Complaint to Determine Dischargeability of Certain Debts is 6/19/2020. Proofs of Claim due by 5/21/2020. (Rodriguez, Lorenzo) (Entered: 03/17/2020) |
| 03/18/2020 | [9](#) (1 pg) | Notice of Appearance and Request for Service by James B Miller Filed by Creditor Antonio Balestena, Jr.. (Miller, James) (Entered: 03/18/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/19/2020 10:34:10 | | | |
| **PACER Login:** | lawjbm416:2573825:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 20-13363-PGH Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |