IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

| | |
|---|---|
| ANTONIO BALESTENA, JR.,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL SAAVEDRA,<br>MARIO JOSE SAAVEDRA,<br>GRISELL HERNANDEZ AND<br>FLORIDA POWDER COATING SOLUTIONS,<br>CORPORATION D/B/A BULLS EYE<br>POWDER COATING,<br>A FLORIDA CORPORATION,<br><br>    Defendants. | General Jurisdiction Division<br>Case No. CACE15-20163 |

## AGREED ORDER

THIS CAUSE came before the Court on Plaintiff, Antonio Balestena, Jr.'s ("Plaintiff") Verified Emergency Motion for Temporary Injunction ("Motion"). The Court having heard argument on April 12, 2016 and the parties have reached an agreement on the Motion, and otherwise being duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion is granted as follows:

2. Defendants, Florida Powder Coating Solutions, Corp. (the "Corporation"), Grisell Hernandez, Mario Jose Saavedra, Michael Saavedra and/or by or through their spouses, heirs, agents, attorneys, companies and employees are hereby enjoined from using, selling, disposing of, encumbering, conveying or transferring any of the assets, bank accounts, equipment or liabilities of the Corporation until further order of this Court.

3. Defendants, Florida Powder Coating Solutions, Corp., Grisell Hernandez, Mario

Jose Saavedra, Michael Saavedra and/or by or through their spouses, heirs, agents, attorneys, companies and employees are hereby enjoined from destroying, deleting, mutilating, concealing, altering or disposing of any of the assets and equipment of the Corporation until further order of this Court.

4. Defendants waive the requirement for Plaintiff to post a bond.

5. This Order does not apply to any equipment of the Corporation that has been repossessed. Either party may raise the issue at Trial as to whether the equipment has been removed or repossessed.

DONE and ORDERED in Broward County, Florida, on _____, 2016.

CAROL-LISA PHILLIPS<br>
Circuit Court Judge

Copies furnished to:

Russell Thompson, Esq. (via e-mail: rthompson@rmtlawfirm.com)
Counsel for Defendants

Sahr Dumbar, Esq. (via e-mail Sahr@Dumbarlaw.com)
Counsel for Plaintiff

CACE15020163 04-18-2016 9:01 AM

2

Electronically Signed by 25 Phillips, Carol-Liša (25) CACE15020163 04-18-2016 9:01 AM