| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 20-13438-SMG<br>Southern District of Florida<br>Fort Lauderdale<br>Thu Mar 19 14:51:22 EDT 2020 | Synchrony Bank<br>PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Antonio Balestena Jr.<br>c/o Sahr O. Dumbar, Esq.<br>1200 Brickell Ave Ste 1950<br>Miami, FL  33131-3298 |
| Antonio Balestena Sr<br>15736 SW 102nd Ln<br>Miami, FL  33196-5411 | Chex Systems, Inc.<br>7805 Hudson Rd<br>Saint Paul, MN 55125-1703 | Comenitycap/eldorado<br>PO Box 182120<br>Columbus, OH  43218-2120 |
| Comenitycb/el Dorado<br>Attn: Bankruptcy Dept<br>PO Box 182125<br>Columbus, OH  43218-2125 | Department of Treasury<br>PO Box 7345<br>Philadelphia, PA  19101-7345 | Dept of Highway Safety & Motor Veh<br>2900 Apalachee Pkwy<br>Tallahassee, FL  32399-6552 |
| Equifax<br>PO Box 740241<br>Atlanta, GA  30374-0241 | Experian<br>PO Box 2002<br>Allen, TX  75013-2002 | Florida Department of Revenue<br>PO Box 6688<br>Tallahassee, FL  32314-6688 |
| Florida Department of Transportation<br>605 Suwannee St<br>Tallahassee, FL  32399-6544 | Leaf Funding Inc.<br>c/o Donald E. Fucik, Esq.<br>950 S Pine Island Rd<br>Plantation, FL  33324-3918 | Leaf Funding, Inc.<br>1 Commerce Square 2005 Market St Fl 14<br>Philadelphia, PA  19019 |
| Merrick Bank Corp<br>PO Box 9201<br>Old Bethpage, NY  11804-9001 | Merrick Bank/Cardworks<br>Attn: Bankruptcy<br>PO Box 9201<br>Old Bethpage, NY  11804-9001 | Miami-Dade Property Tax Collector<br>140 W Flagler St<br>Miami, FL 33130-1575 |
| (p)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 | Nordstrom Signature Visa<br>Attn: Bankruptcy<br>PO Box 6555<br>Englewood, CO  80155-6555 | Nordstrom/Td Bank USA<br>13531 E Caley Ave<br>Englewood, CO  80111-6504 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Portfolio Recov Assoc<br>120 Corporate Blvd Ste 100<br>Norfolk, VA  23502-4952 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Sahr Dumbar, Esq<br>1200 Brickell Ave Ste 1950<br>Miami, FL  33131-3298 | Transunion<br>PO Box 6790<br>Fullerton, CA  92834-9416 | Wells Fargo Bank<br>Credit<br>Bureau DISPUTE<br>Des Moines, IA  50301 |
| Wells Fargo Bank NA<br>Attn: Bankruptcy<br>1 Home Campus # MAC X2303-01A<br>Des Moines, IA  50328-0001 | Alberto M. Cardet<br>1330 Coral Way #301<br>Miami, FL 33145-2945 | Grisell Hernandez<br>2646 Sherman Street<br>Hollywood, FL 33020-1949 |

Robin R Weiner
www.ch13weiner.com
POB 559007
Fort Lauderdale, FL 33355-9007

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Mission Lane LLC | (d)Mission Lane/Tab Bank | Portfolio Recovery |
| Attn: Bankruptcy Notice | PO Box 105286 | Attn: Bankruptcy |
| 237 Kearny St # 197 | Atlanta, GA  30348 | 120 Corporate Blvd |
| San Francisco, CA  94108-4502 | | Norfolk, VA  23502-4952 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Antonio Balestena, Jr.

End of Label Matrix
Mailable recipients    30
Bypassed recipients     1
Total                  31