**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Grisell Hernandez** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION |
| Case number (if known) | **20-13438-SMG** |

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:     Summarize Your Assets

| | Your assets Value of what you own |
|---|---|

1.  **Schedule A/B: Property** (Official Form 106A/B)
    1a. Copy line 55, Total real estate, from Schedule A/B............................................................ $ **395,000.00**

    1b. Copy line 62, Total personal property, from Schedule A/B.................................................. $ **73,944.92**

    1c. Copy line 63, Total of all property on Schedule A/B............................................................ $ **468,944.92**

### Part 2:     Summarize Your Liabilities

| | Your liabilities Amount you owe |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
    2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* $ **435,010.79**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
    3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.............................. $ **0.00**

    3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*......................... $ **450,380.25**

    **Your total liabilities** $ **885,391.04**

### Part 3:     Summarize Your Income and Expenses

4.  *Schedule I: Your Income* (Official Form 106I)
    Copy your combined monthly income from line 12 of *Schedule I*.............................................................. $ **5,466.67**

5.  *Schedule J: Your Expenses* (Official Form 106J)
    Copy your monthly expenses from line 22c of *Schedule J*......................................................... $ **4,240.66**

### Part 4:     Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ■ Yes

7.  **What kind of debt do you have?**

    ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C § 159.

Debtor 1    **Hernandez, Grisell**                                           Case number *(if known)*    **20-13438-SMG**

☐ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

8.  **From the** *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____ **5,466.67**

9.  **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F*:

| | Total claim |
|---|---|
| **From Part 4 on** *Schedule E/F*, **copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ **0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ _____ **0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ **0.00** |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Fill in this information to identify your case and this filing: | |
|---|---|
| Debtor 1 | **Grisell Hernandez** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION |
| Case number  **20-13438-SMG** | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.

■ Yes. Where is the property?

1.1

**2646 Sherman St**
Street address, if available, or other description

**Hollywood** **FL** **33020-1949**
City  State  ZIP Code

County

**What is the property?** Check all that apply

■ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$395,000.00** | **$395,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>

| |
|---|
| **$395,000.00** |

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

■ No

☐ Yes

Debtor 1    **Hernandez, Grisell**    Case number *(if known)*    20-13438-SMG

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

| 4.1 | Make: **Crownline** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
|---|---|---|---|

Model: **270**
Year: **2005**

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
   (see instructions)

Other information:
**Page 6, #64 on the attached inventory list of property located at 2301 SW 57 Terr, West Pak FL**

|  | Current value of the entire property? | Current value of the portion you own? |
|---|---|---|
|  | **$10,000.00** | **$10,000.00** |

| 4.2 | Make: **home made** |
|---|---|

Model: **trailer**
Year: **2001**

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
   (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Other information:
**15 feet dual wheels
fair condition
Item 68 on Page 7 of attached inventory list**

|  | Current value of the entire property? | Current value of the portion you own? |
|---|---|---|
|  | **$1,000.00** | **$1,000.00** |

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>    **$11,000.00**

**Part 3:    Describe Your Personal and Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   **See pages 1 - 3, Items 1 - 84 on the attached inventory list of property located at 2646 Sheridan Street, Hollywood FL 33020 (debtor's homestead)**    **$16,720.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   **See pages 1 - 3, Items 1 - 84 on the attached inventory list of property located at 2646 Sheridan Street, Hollywood FL 33020 (debtor's homestead)**    **$0.00**

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes. Describe.....

Debtor 1    **Hernandez, Grisell**                                     Case number *(if known)*    **20-13438-SMG**

> **See pages 1 - 3, Items 1 - 84 on the attached inventory list of property located at 2646 Sheridan Street, Hollywood FL 33020 (debtor's homestead)**                                     **$0.00**

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes.  Describe.....

> **See pages 1 - 3, Items 1 - 84 on the attached inventory list of property located at 2646 Sheridan Street, Hollywood FL 33020 (debtor's homestead)**                                     **$0.00**

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

> **See pages 1 - 3, Items 1 - 84 on the attached inventory list of property located at 2646 Sheridan Street, Hollywood FL 33020 (debtor's homestead)**                                     **$0.00**

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

> **See pages 1 - 3, Items 1 - 84 on the attached inventory list of property located at 2646 Sheridan Street, Hollywood FL 33020 (debtor's homestead)**                                     **$0.00**

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes.  Describe.....

> **See pages 1 - 3, Items 1 - 84 on the attached inventory list of property located at 2646 Sheridan Street, Hollywood FL 33020 (debtor's homestead)**                                     **$0.00**

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...........................................................................

**$16,720.00**

| Part 4: | Describe Your Financial Assets |
| --- | --- |

Do you own or have any legal or equitable interest in any of the following?    **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor 1   **Hernandez, Grisell**                                    Case number *(if known)*   **20-13438-SMG**

☐ Yes.............................................................................................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes........................                          Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking Account** | **Bank of America Account ending 6209** | **$-26.09** |
| 17.2. | **Savings Account** | **Wells Fargo Acct Ending - 8446** | **$-5.00** |
| 17.3. | **Checking Account** | **Wells Fargo Acct ending - 1354** | **$-9.99** |
| 17.4. | **Checking Account** | **Regions Bank Acct ending  - 2864** | **$96.00** |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No
☐ Yes..................         Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
■ Yes.  Give specific information about them....................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **Bullseye Coating and Blasting, Corp.** | **100.00** % | | **$1,000.00** |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them
                        Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

■ No
☐ Yes. List each account separately.
                        Type of account:         Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. .....................         Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes............         Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No
☐ Yes............         Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25.  Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor 1 __Hernandez, Grisell__                                   Case number *(if known)*  __20-13438-SMG__

☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

**29. Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No
☐ Yes.  Give specific information..

**31. Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

■ No
☐ Yes. Name the insurance company of each policy and list its value.
        Company name:                              Beneficiary:                              Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No
☐ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No
☐ Yes.  Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No
☐ Yes.  Describe each claim.........

**35. Any financial assets you did not already list**

■ No
☐ Yes.  Give specific information..

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................................**   | **$1,054.92** |

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor 1    **Hernandez, Grisell**                                      Case number *(if known)*    **20-13438-SMG**

37.  **Do you own or have any legal or equitable interest in any business-related property?**
☐  No. Go to Part 6.
☑  Yes.  Go to line 38.

> **Current value of the portion you own?**
> Do not deduct secured claims or exemptions.

38.  **Accounts receivable or commissions you already earned**
☑  No
☐  Yes.  Describe.....

39.  **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☑  No
☐  Yes.  Describe.....

40.  **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☐  No
☑  Yes.  Describe.....

| See items 1 - 63 on pages 4 - 6 on the attached inventory list of property located at 2301 SW 57 Terr, West Pak FL | $45,170.00 |
|---|---|

41.  **Inventory**
☑  No
☐  Yes.  Describe.....

42.  **Interests in partnerships or joint ventures**
☑  No
☐  Yes.  Give specific information about them...................
          Name of entity:                              % of ownership:

43.  **Customer lists, mailing lists, or other compilations**
☑  No.
☐  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

          ☑  No
          ☐  Yes.  Describe.....

44.  **Any business-related property you did not already list**
☑  No
☐  Yes. Give specific information.........

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**.................................................................................................................

| $45,170.00 |
|---|

**Part 6:**  **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☑  No. Go to Part 7.
☐  Yes.  Go to line 47.

Debtor 1    **Hernandez, Grisell**

Case number *(if known)*    **20-13438-SMG**

---

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ..................................

|  | **$0.00** |

---

| **Part 8:** | **List the Totals of Each Part of this Form** |

55. **Part 1: Total real estate, line 2** .................................................................................................... | | **$395,000.00**

56. **Part 2: Total vehicles, line 5** | **$11,000.00**
57. **Part 3: Total personal and household items, line 15** | **$16,720.00**
58. **Part 4: Total financial assets, line 36** | **$1,054.92**
59. **Part 5: Total business-related property, line 45** | **$45,170.00**
60. **Part 6: Total farm- and fishing-related property, line 52** | **$0.00**
61. **Part 7: Total other property not listed, line 54** + | **$0.00**

62. **Total personal property.** Add lines 56 through 61... | **$73,944.92** | Copy personal property total ▶ | **$73,944.92**

63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$468,944.92**

---

Software Copyright (c) 2020 CINGroup - www.cincompass.com



**MARTIN CLAIRE & CO. LLC**
Appraisal and Auction Services

March 3, 2020

Mrs. Grisell Hernandez
264 Sheridan St
Hollywood, FL 33020

Re: Market Value Appraisal
    March 3, 2020

Dear Mrs. Hernandez:

Thank you for the opportunity to submit the enclosed appraisal.

Martin Claire & CO, LLC, will retain and preserve in our files all related information and documents.

We appreciate your confidence in us and will continue to be at your service in this and any future matters.

The appraisals of the assets including photographs are enclosed in this report.

TOTAL MARKET VALUES:

| | |
|---|---:|
| Total 2646 Sheridan Street | $ 16,720.00 |
| Total 2301 SW 57 Terr | $ 45,170.00 |
| Vehicle Property | $ 73,000.00 |
| Boat Property | $ 10,000.00 |
| Total | $ 144,890.00 |

Very truly yours,

Martin Claire & CO, LLC

Martin Claire
Senior Appraiser





MARTIN CLAIRE & CO. LLC
Appraisal and Auction Services

## STANDARD TERMS AND LIMITING CONDITIONS

1. A personal inspection of the property being appraised has been made. The values expressed herein are based on the best judgments of the Appraiser, if applicable.

2. Neither Martin Claire & CO, LLC, nor any of its employees has any financial interest in the property being appraised.

3. The fee and/or compensation for this Appraisal Report are not contingent upon the reported values.

4. This Appraisal is based only on the readily apparent identity of the assets being appraised, unless otherwise stated herein. No further opinion, guarantee, authentication, genuineness, attribution or authorship is made or intended.

5. Unless otherwise stated herein, no consideration has been given to liens, encumbrances or fractional interests, which may be held against certain of or all of the assets appraised or against the business as a whole.

6. This is a valid appraisal as of the dates noted. Said Report is based upon opinions derived from facts and data set forth in the report and on analysis of the assets being appraised. Any changes in the nature and condition of the assets subsequent to our inspection could change the results of this Report. The values contained should not be considered as a guarantee of any sort.

7. Without previous written consent, no portion of the Appraisal Report may be reproduced, copied or utilized by any party other than the party that the appraisal was prepared for. Even then, the Report will only be valid if inclusive of all documents, letters, and supporting material originally supplied by the Appraiser.

8. The Appraiser is not responsible for any unauthorized changes and only said Appraiser or Review Appraiser shall make changes to the Appraisal Report.

9. This Appraisal Report is prepared for the parties named. It does not indicate or certify ownership or title to any of the assets listed in this report.

10. This Appraisal Report is prepared based on the comprehensive standards and requirements of the International Society of Appraisers (ISA) and the Uniform Standards of Professional Appraisal Practice (USPAP).

11. A Review Appraiser, if applicable, will confirm the adequacy and appropriateness of the report being reviewed.

12. Ordinary wear and tear common to the assets being appraised is not noted. Any serious deficiencies and/or repairs obvious to the Appraiser will be included with the report.

13. No responsibility is assumed for matters of a legal nature. If additional services are requested of the Appraiser and/or Review Appraiser, in conjunction with this Report, (i.e:Pretrial Conferences, Depositions, Court Appearances, Additional Research and Documentation, etc ) compensation for same shall be at the customary hourly rate charged by the Appraiser at that time. A retainer will be required prior to say work and full and final settlement shall be made immediately upon receipt of a statement for such work.




**MARTIN CLAIRE & CO. LLC**
Appraisal and Auction Services

## DEFINITIONS OF VALUE AND MARKETS

**VALUE DEFINITIONS :**

1. **Replacement Value** The cost to replace an item with another having similar qualities within a reasonable amount of time in the relevant market place. Takes into consideration costs incurred by engaging an interior designer, shipping, and the costs associated with purchasing from a specific source.

   A. Replacement cost (new) is the cost necessary to replace an item of personal property with a NEW item of like kind, quality, and utility.

      a. Considerations of wear and tear, decay or defects within the property itself (functional obsolescence) and changes external to the property (economic obsolescence) are eliminated.

      b. This definition assumes that an exact substitute can be found for property being appraised or recognizes that the item is being upgraded to a newer model, style, etc.

      c. Replacement cost new is used primarily for items that are still being manufactured and/or are still available on the open market

   B. Replacement cost (comparable) is the cost necessary to replace an item of personal property with a COMPARABLE item of like kind, age, quality, and utility having similar wear and tear, decay or defects, and obsolescence as the items being appraised.

2. **Reproduction cost** is the total current cost of constructing an exact replica, using the same materials and construction techniques as the original by a qualified artist or craftsman.

3. **Actual cash value** is the replacement cost less depreciation. Depreciation, in this instance, typically refers to an incremental reduction in value based on age/life formulas commonly in use within the insurance industry.

4. **Liquidation Values (Auction Values)**

   A. LIQUIDATION VALUE (Auction Value) is the most probable price for which an item would change hands if sold immediately without regard to the most appropriate market. There is not enough time to find an open market and the property is being sold under compulsion, such as a court-ordered sale.

**MARKET DEFINITIONS**

1. The purpose and function (assigned use) of an appraisal determines the most appropriate market to which the Appraiser must go to find comparable sales. The most appropriate market will depend on what is being sold, the quantity being sold, the quality of the property being sold, and the urgency with which the property must be sold.





**MARTIN CLAIRE & CO.** LLC
Appraisal and Auction Services

## DEFINITIONS OF VALUE AND MARKETS ( continued )

A. The retail market is the most common market in which items are sold at retail. Examples are antique shops, art galleries, department stores, discount stores, flea markets, estate tag sales, etc.

B. The distress market is the market in which property is sold within a limited time frame.

C. The orderly liquidation market is the market in which property is regularly sold in an orderly and advertised fashion but for which time constraints apply. Examples are auction galleries, on-site auctions, and estate tag sales.

D. The wholesale market is the market in which wholesalers can sell to the trade and dealers can buy for resale to the public.

2.  Markets may vary depending on:

A. Property condition

B. Property quantity

C. Property quality

D. Urgency to sell

B.  Availability of financing

## APPRAISAL DEFINITIONS

New Replacement Cost - The replacement cost required to replace the subject property with a substitute of like utility. These costs include Labor, Materials, Supervision, Profit and Overhead, Plans and Specifications, Sales Taxes and Insurance.

Value In Place In Use - The amount expressed in terms of money that may reasonably be expected to exchange between a willing Buyer and a willing Seller with equity to both, neither under any compulsion to Buy or Sell, and both fully aware of all relevant facts as of a certain Date.

Orderly Disposition Value- The amount of gross proceeds which could be expected from a sale of the Appraised Assets, held under orderly sales conditions, given a reasonable period of time in which to find a purchaser(s) considering a completed sale of all assets, "As is and and Where is" with the Buyer assuming all costs of removal, with the Seller acting under compulsion.

Present Value- A term used to indicate present worth, or when the establishment of new replacement cost is deemed unreliable or infeasible. All items where value is proceeded by "Present Value" only its Fair Market Value indicated.




**MARTIN CLAIRE & CO. LLC**
Appraisal and Auction Services

## DEFINITIONS OF VALUE AND MARKETS ( continued )

**Liquidation Value-** To convert assets into cash under the Auctioneer Hammer, thereby determining the cash liquidation value, in order to pay off or settle a debt, claim or obligation to; enter in the process of liquidating financially.

**Market Value -** The most probable price in terms of money which property should bring in competitive and Open Market all conditions requisite to a Fair Sale, the Buyer and Seller, each acting prudently knowledgeably and assuming the price is not affected by undue stimulus.

**NET Value** – Represents the anticipated net proceeds that would be yielded from an orderly liquidation of property. Net proceeds equal the gross proceeds less costs associated with the sale.

**Fair Market Value (FMV)-** Is a specific hypothetical concept of value defined by a legal or regulatory jurisdiction and varies with individual jurisdictions.

A. FMV as defined below, is the only value used by the IRS and Federal Government Agency when pertaining to estate tax, gift tax, income tax ( including charitable donation deductions ), casualty loss, bankruptcy, etc.

B. FMV differs from other types of equitable and fair values in that FMV assumes that the enjoyment of retained benefits (to sell and enjoy the proceeds, or to keep and enjoy the use) will continue, i.e. the property is taxed on its value held or unsold.

C. Internal Revenue Regulation Section 1.17OA-1( c ) ( 2 ) defines fair market value (FMV) as "The price at which property would change hands between a willing buyer and a willing seller, neither being under any compulsion to buy or to sell and both having reasonable knowledge of relevant facts."

D. Fair Market Value – is not determined by a forced sale nor by a sale in a market other than that which it most commonly is sold. Fair Market Value the issue of location is not a significant factor when item can be easily examined and transported when in the world.

E. Appaiser's Ability To Determine The Most Appropriate Market – This is referred to as the most common market.

F. Willing Buyer - is defined as the ultimate consumer. Reseller or the most customary consumer and not limited to individuals.

G. The Public – Refers to customary purchases of an item not for resale in its current form.

## CERTIFICATE OF APPRAISER

I certify that:

1. On March 3 2020 I, Martin Claire & Co LLC, listed, photographed and appraised the listed property.

2. The statements contained in this appraisal and upon which the opinions expresses herein are based, are true and correct to the best of my knowledge and belief, subject to the limiting conditions set forth;

3. To the best of my knowledge and belief, no pertinent information has been overlooked or withheld; and

4. I have no interest either present or contemplated in the property appraised or in any proceeds to be derived there from.

5. My compensation is not contingent upon any action or event resulting from the analyses, opinions or conclusions in, or the use of, this report;

6. My analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practices;

7. No one other then those specified provided assistance to the person(s) signing this report.

Signed this 6 th day of March , 2020.

**Martin Claire & CO, LLC.**

**Martin Claire, ISA**
Senior Appraiser
USPAP Compliant

Sworn to and subscribed before me this 6 th day of March , 2020.

_____
Notary Public – State of Florida
My Commission Expires Sept 11, 2023

CRISTHIAN AGUILERA
Notary Public-State of Florida
Commission # GG 912055
My Commission Expires
September 11, 2023



MARTIN CLAIRE & CO. LLC
Appraisal and Auction Services

# PERSONAL PROPERTY APPRAISAL

**DATE OF REPORT:**
March 4, 2020

**NAME**:
Mrs. Grisell Hernandez
Bullseye Coating & Blasting Corp.

**LOCATIONS:**
2646 Sheridan St Hollywood FL 33020
2301 SW 57 Terrace West Park Fl 33023

**EFFECTIVE DATE OF APPRAISAL**
March 4, 2020

TOTAL MARKET VALUES:

| | |
|---|---|
| Total 2646 Sheridan Street | $  16,720.00 |
| Total 2301 SW 57 Terr | $  45,170.00 |
| Vehicle Property | $  73,000.00 |
| Boat Property | $  10,000.00 |
| Total | $ 144,890.00 |

Inspected and Photographed March 4, 2020

Sworn to and subscribed before me this
day of   March 6th , 2020

Respectfully Submitted,

**Martin Claire & Co, LLC**

**Martin Claire**
Senior ISA Appraiser

CRISTHIAN AGUILERA
Notary Public-State of Florida
Commission # GG 912055
My Commission Expires
September 11, 2023

Notary Public – State of Florida
My Commission Expires Sep 11, 2023



# PERSONAL PROPERTY APPRAISAL

Grisell Hernandez
2646 Sheridan Street
Hollywood, Fl 33020

Date: 3/3/2020
Market Value

| ITEM | QTY | DESCRIPTION | MV |
|---|---|---|---|
| | | **ENTRANCE** | |
| 1 | 1 | Hall Table driftwood base | $350.00 |
| 2 | 2 | Figurines "Birds" | $80.00 |
| 3 | 3 | Mineral Samples | $60.00 |
| 4 | 2 | Paintings Done by Grisell Hernandez | N/V |
| 5 | 1 | Table Driftwood base round glass top | $300.00 |
| 6 | 4 | Chairs TAN | $160.00 |
| | | **LIVING ROOM** | |
| 7 | 1 | Sectional Sofa red fabric (soiled) | $400.00 |
| 8 | 3 | Pedestals Wood | $60.00 |
| 9 | 1 | Speaker Stack Edison (old) | $75.00 |
| 10 | 1 | Television LG on wall | $150.00 |
| 11 | 1 | Side Table glass top | $35.00 |
| 12 | 1 | Corner Cabinet with Bric-A-Brac | $125.00 |
| | | **KITCHEN** | |
| 13 | 1 | High Table with chair white wood homemade | $50.00 |
| 14 | 1 | Stove Gas Jenn-Air | $250.00 |
| 15 | 1 | Dishwasher Stainless steel LG | $150.00 |
| 16 | 1 | Microwave Stainless steel GE (old) | $75.00 |
| 17 | 1 | Refrigerator Stainless steel LG French doors | $450.00 |
| 18 | 1 | Wine Cooler Darby | $75.00 |
| 19 | 2 | Coffee Makers assorted | $40.00 |
| 20 | 1 | Lot Dishes glassware pots and pans contents of cabinets balance of kitchen estimate | $200.00 |
| | | **BEDROOM** | |
| 21 | 1 | Set Bunk beds with bedding | $300.00 |
| 22 | 1 | Jewelry Chest Mahogany | $75.00 |
| 23 | 15 | Watches Fasion assorted | $320.00 |
| 24 | 12 | Drawers of costume jewelry neckaces bracelets etc estimate | $360.00 |
| | | NOTE: | |
| | | Many homemade No evidence of precious metal o stones. | |
| 25 | 1 | Jewelry Case light wood | $60.00 |
| 26 | 8 | Drawers Contents costume jewelry etc estimate | $240.00 |
| 27 | | | |
| 28 | 70 | Purses Assorted used (approximate) replicas no collectibles or designers bags | $700.00 |
| 29 | 300 | Pairs of shoes assorted used (approximate) estimate | $900.00 |

Page 1



# PERSONAL PROPERTY APPRAISAL

Grisell Hernandez
2646 Sheridan Street
Hollywood, Fl 33020

Date: 3/3/2020
Market Value

| ITEM | QTY | DESCRIPTION | MV |
|------|-----|-------------|-----|
| | | **BEDROOM (CONT)** | |
| 30 | 1 | Lot Ladies clothes accessories balance of closet assorted estimate | $1,000.00 |
| 31 | 1 | Rack with mirror with chains estimate | $50.00 |
| | | **NOTE:** | |
| | | Most items well worn No evidence of collectible or extreme value pieces. | |
| | | **MASTER BEDROOM** | |
| 32 | 1 | Bed King size ornate frame with bedding | $750.00 |
| 33 | 2 | Night Stands (matching) | $250.00 |
| 34 | 1 | Dresser (matching) | $350.00 |
| 35 | 1 | High Chest (matching) | $300.00 |
| 36 | 2 | Table Lamps silver | $50.00 |
| 37 | 1 | Mirror Oval ornate silver frame | $60.00 |
| 38 | 1 | Storage Chest wood with contents | $100.00 |
| 39 | 2 | Stools | $20.00 |
| 40 | 1 | Television Sony | $150.00 |
| 41 | 1 | Mirror White | $30.00 |
| 42 | 1 | Pot with plant | $35.00 |
| 43 | 1 | Jewelry Case 6 drawers | $45.00 |
| 44 | 1 | Lot Costume jewelry (contents) | $200.00 |
| 45 | 1 | Painting Done by Grisell Hernandez | N/V |
| | | **CLOSET** | |
| 46 | 1 | Chest of drawers ornate | $250.00 |
| 47 | 80 | Purses and bags assorted worn (approximate) | $800.00 |
| 48 | 1 | Slimplate | $40.00 |
| 49 | 30 | Boxes Costume jewelry assorted (approximate) | $750.00 |
| 50 | 2 | BB Guns assorted | $70.00 |
| | | **NOTE:** | |
| | | Most jewelry handmade no evidence of precious metal or estones or collectibles or extremely valuable items. | |
| | | **OUTSIDE REAR** | |
| 51 | 1 | Lawnmover Gas Honda | $75.00 |
| 52 | 2 | Pots Large | $40.00 |
| 53 | 1 | Wheel Barrow | $25.00 |
| 54 | 1 | Safe Binks locked | $20.00 |
| 55 | 1 | Shed 8'x10' | $250.00 |
| 56 | 1 | 10 Head Light Fixture wagon wheel base | $100.00 |



**MARTIN CLAIRE & CO.** LLC
Appraisal and Auction Services

# PERSONAL PROPERTY APPRAISAL

Grisell Hernandez
2646 Sheridan Street
Hollywood, Fl 33020

Date: 3/3/2020
Market Value

| ITEM | QTY | DESCRIPTION | MV |
|---|---|---|---|
| | | **OUTSIDE REAR (CONT)** | |
| 57 | 1 | Heater Electric | $25.00 |
| 58 | 1 | Rack with cd's | $40.00 |
| 59 | 1 | Lot Household items balance of shed estimate | $250.00 |
| 60 | 1 | Table Saw Makita (poor) | $25.00 |
| 61 | 1 | Hall Table wood (poor) | $20.00 |
| 62 | 1 | Ladder Werner | $30.00 |
| 63 | 1 | Ladder Step | $15.00 |
| 64 | 1 | Hand Truck Cosco | $35.00 |
| 65 | 1 | Hand Truck plastic | $25.00 |
| 66 | 1 | Lot Garden tools and household items balance yard estimate | $75.00 |
| 67 | 1 | Bird Averary homemade in place with birds and plants estimate | $1,500.00 |
| | | Cannot be economically moved | |
| 68 | 2 | Storage Bins with pool supplies | $70.00 |
| 69 | 1 | Table with 3 chairs child size | $20.00 |
| 70 | 2 | Stands Assorted | $20.00 |
| | | **PATIO** | |
| 71 | 1 | Table with umbrella and 4 chairs green | $125.00 |
| 72 | 2 | Arm Chairs wicker | $50.00 |
| 73 | 1 | Pigeon Coup with 5 pigeons homemade wood estimate | $750.00 |
| 74 | 2 | Pigeon Coups with 10 pigeons estimate (approximate) | $1,000.00 |
| | | **NOTE:** | |
| | | Not economical to move coups estimated Bird value only | |
| | | **POOL AREA** | |
| 75 | 1 | Table Round with 4 chairs wicker glass top | $110.00 |
| 76 | 1 | Table with 2 chairs black iron | $60.00 |
| 77 | 2 | Chaise Lounges green | $90.00 |
| 78 | 1 | Hose in case | $20.00 |
| 79 | 2 | Pedestals Assorted | $30.00 |
| | | **BATHROOM** | |
| 80 | 1 | Washing and drying machines stacked Maytag | $300.00 |
| 81 | 1 | Lot Linens etc in room estimate | $60.00 |
| | | **FRONT YARD** | |
| 82 | 2 | Armchairs Rocking | $40.00 |
| 83 | 1 | Round Table wood | $25.00 |
| 84 | 4 | Figurines | $60.00 |
| | | **TOTAL 2646 SHERIDAN ST HOLLYWOOD FL** | $16,720.00 |

Page 3



**MARTIN CLAIRE & CO. LLC**
Appraisal and Auction Services

# PERSONAL PROPERTY APPRAISAL

Bullseye Coating & Blasting Corp.
2301 SW 57 Terrace
West Park, FL 33023

Att: Mrs. Grisell Hernandez
Date: 3/3/2020
Market Value

| ITEM | QTY | DESCRIPTION | MV |
|------|-----|-------------|-----|
| | | **OFFICES** | |
| 1 | 2 | Table Desks with chairs (poor condition) | $90.00 |
| 2 | 1 | Computer System Dell | $200.00 |
| 3 | 1 | Computer System HP | $200.00 |
| 4 | 1 | Aquarium 50 gallon (approx.) on stand | $75.00 |
| 5 | 1 | File Cabinet 4 drawer grey | $45.00 |
| 6 | 1 | Printer Ati40 MP201 | $450.00 |
| 7 | 1 | Refrigerator Danby | $100.00 |
| 8 | 1 | Microwave Small | $20.00 |
| 9 | 1 | Mr Coffee | $15.00 |
| 10 | 1 | Table Wood | $10.00 |
| 11 | 1 | Side Table | $15.00 |
| 12 | 1 | Cabinet Combo with 3 drawer file tan | $50.00 |
| | | **RECEPTION ROOM** | |
| 13 | 1 | Fan White | $20.00 |
| 14 | 1 | Table Desk with chair | $45.00 |
| 15 | 1 | Computer System Dell | $200.00 |
| 16 | 4 | Chairs Assorted | $60.00 |
| 17 | 1 | High Table Round | $30.00 |
| 18 | 1 | Section Shelving with samples | $75.00 |
| 19 | 1 | Lot Décor balance of room estimate | $50.00 |
| | | **SEWING DEPARTMENT** | |
| 20 | 1 | Sewing Machine Yanata 5316 | $350.00 |
| 21 | 1 | Sewing Machine Juke 5530 | $750.00 |
| 22 | 1 | Fan Lasko | $15.00 |
| 23 | 3 | Sections Shelving | $45.00 |
| 24 | 1 | Lot Hardware and supplies estimate | $200.00 |
| 25 | 1 | Table with 3 chairs wood (poor) | $50.00 |
| | | **JEWELRY ROOM** | |
| 26 | 1 | Work Bench drill and tools jewelry assembly | $250.00 |
| 27 | 12 | Cabinets Assorted with findings and parts to make jewelry estimate | $350.00 |
| 28 | 1 | Lot Work in progress balance of room estimate | $600.00 |
| | | **NOTE:** | |
| | | No evidence of precious metal or stones. | |
| | | All costume jewelry. | |
| | | | |
| | | | |

Page 4



# PERSONAL PROPERTY APPRAISAL

Bullseye Coating & Blasting Corp.
2301 SW 57 Terrace
West Park, FL 33023

Att: Mrs. Grisell Hernandez
Date: 3/3/2020
Market Value

| ITEM | QTY | DESCRIPTION | MV |
|------|-----|-------------|-----|
| | | **OUTSIDE YARD** | |
| 29 | 2 | Drills with batteries assorted | $50.00 |
| 30 | 1 | Grinder Makita | $40.00 |
| 31 | 8 | Racks Assorted to hold products on wheels | $480.00 |
| 32 | 3 | Horse Stands | $60.00 |
| 33 | 1 | Lot Pallet racks dismantled rusty old estimate | $75.00 |
| 34 | 1 | Wheel Barrow | $40.00 |
| | | **YARD** | |
| 35 | 1 | Forklift Clark propane 3 stage 5725 lb capacity C500-70 | $3,500.00 |
| 36 | 1 | Forklift Nissan propane 3 stage Model 50 | $2,000.00 |
| 37 | 1 | Sand Blast pot old poor | $300.00 |
| 38 | 1 | Trailer for yard steel | $100.00 |
| 39 | 1 | Boom for forklift | $125.00 |
| 40 | 10 | Pallets of stand varies with disposable use | N/V |
| 41 | 1 | Sand Blast pot on rack with hoses | $1,500.00 |
| 42 | 1 | Storage Trailer 20 ft dry | $500.00 |
| 43 | 1 | Lot Contents parts etc old estimate | $200.00 |
| 44 | 1 | Storage Trailer dry with sand blast pot with accessories (poor condition) | $1,000.00 |
| 45 | 1 | Dust Colletor with air cleaner | $2,500.00 |
| 46 | 1 | Lot Scrap and balance of items in yard estimate | $500.00 |
| | | **REPAIR AREA** | |
| 47 | 1 | Air Compressor 125 Psi 2.5 hp portable on wheels | $75.00 |
| 48 | 1 | Drill Press old Ridgid poor | $40.00 |
| 49 | 1 | Hand Truck blue | $30.00 |
| 50 | 1 | Grinder Two end | $35.00 |
| 51 | 1 | Storage Cabinet with contents tools etc estimate | $80.00 |
| 52 | 1 | Lot Tools and parts in cabinet estimate | $60.00 |
| 53 | 1 | Lot Scrap and balance of area estimate | $200.00 |
| 54 | 1 | Ladder Aluminum | $35.00 |
| 55 | 1 | Bench with vise | $45.00 |
| | | **POWDER ROOM** | |
| 56 | 1 | Time Clock U-Punch | $50.00 |
| 57 | 1 | Air Conditioner window  GE (old) | $40.00 |
| 58 | 300 | Boxes of powder partial expandable | N/V |
| | | In place use | $1,500.00 |
| 59 | 1 | Air Compressor Kaiser AS 36 with blower and air dryer | $4,000.00 |

Page 5



# PERSONAL PROPERTY APPRAISAL

**Bullseye Coating & Blasting Corp.**
2301 SW 57 Terrace
West Park, FL 33023

Att: Mrs. Grisell Hernandez
Date: 3/3/2020
Market Value

| ITEM | QTY | DESCRIPTION | FMV |
|------|-----|-------------|-----|
| | | **POWDER ROOM (CONT)** | |
| 60 | 1 | Spray Gun electro stic Nordson Encore | $1,250.00 |
| 61 | 1 | Oven Powder Barking 10 ft x 24 ft (approx) with exhaust and controls by Reliant Finishing System gas in operation installed (old) | $15,000.00 |
| 62 | 1 | Spray Booth 10 ft x 20 ft with lights exhaust and controls installed (old) | $5,000.00 |
| 63 | 2 | Set Welding tanks with gauges | $400.00 |
| | | **NOTE:** | |
| | | The above values are in place. | |
| | | Installed. Not economically feasable to move. | |
| | | The balance of items in yard and building belong to customers and others. Not listed or valued. | |
| | | **TOTAL BULLSEYE COATING & BLASTING** | $45,170.00 |
| | | 2301 SW 57 TERRACE | |
| | | | |
| | | | |
| | | **BOAT** | |
| 64 | 1 | 2005 Crownline 270 | |
| | | I.O. Boat Inboard | |
| | | On Venture Trailer | |
| | | Hull Engine and drive only | |
| | | Interior Vandalized and destroyed | |
| | | Has not been used for a long time | |
| | | Poor Condition | |
| | | Not Running | |
| | | Hullhin JTC56607F405 | |
| | | **MARKET VALUE "AS IS"** | |
| | | **TOTAL BOAT** | $10,000.00 |



# MARTIN CLAIRE & CO. LLC
### Appraisal and Auction Services

# PERSONAL PROPERTY APPRAISAL

## Bullseye Coating & Blasting Corp.
2301 SW 57 Terrace
West Park, FL 33023

Att: Mrs. Grisell Hernandez
Date: 3/3/2020
Market Value

| ITEM | QTY | DESCRIPTION | FMV |
|------|-----|-------------|-----|
| | | **VEHICLES** | |
| 65 | 1 | | |
| | | 2016 GMC Denali Pickup     Black     12,541 Miles     Diesel | |
| | | Full Power and equipt          Good Condition | |
| | | VIN # 1GT1ZUE80GF276349 | |
| | | MARKET VALUE | $40,000.00 |
| 66 | 1 | 2015 Chevrolet Colorado LT   Black     37,024 Miles     Diesel | |
| | | 4 Door Pickup          Good Condition | |
| | | VIN # 1GCGSCE11G1363150 | |
| | | MARKET VALUE | $25,000.00 |
| 67 | 1 | 2015 Dodge Ram Promaster City          White     61,372 Miles | |
| | | REBUILT          Fair Condition          SUV | |
| | | REDUCTION IN VALUE DUE TO REBUILT CONDITION | |
| | | VIN # ZFBERFAT5F6A76493 | |
| | | MARKET VALUE | $5,000.00 |
| 68 | 1 | 2001 Ford F250 Pickup          V8          4 Door     210,947 Miles | |
| | | Blue          Poor Condition | |
| | | VIN # 1FTNW20L01EC61787 | |
| | | MARKET VALUE | $2,000.00 |
| 69 | 1 | 2001 Trailer Homemade          15 Ft          Plate GDCJ84 | |
| | | Fiar Condition          Dual Wheels | |
| | | VIN # NOV1N0201126483 | |
| | | MARKET VALUE | $1,000.00 |
| | | TOTAL VEHICLES | $73,000.00 |



# Martin Claire & CO. LLC

PREPARED FOR:
**Barry Mukamal, Trustee**

# PERSONAL PROPERTY ADDENDUM

Market Value

RE:

# GRISELL HERNANDEZ AND BULLSEYE COATING & BLASTING CORP















































































































































**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Grisell Hernandez** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION |
| Case number | **20-13438-SMG** |
| (if known) | |

☐ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt                                 4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2646 Sherman St**<br>**Hollywood FL, 33020-1949**<br>Line from *Schedule A/B* **1.1** | $395,000.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. Art. X, §4(a)(1);**<br>**Fla. Stat.§§ 222.01, 222.02** |
| **See pages 1 - 3, Items 1 - 84 on the attached inventory list of property located at 2646 Sheridan Street, Hollywood FL 33020 (debtor's homestead)**<br>Line from *Schedule A/B* **6.1** | $16,720.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. Art X, § 4(a)(2)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ■ Yes

Software Copyright (c) 2020 CINGroup - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Grisell Hernandez** |
| | First Name — Middle Name — Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name — Middle Name — Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION |
| Case number (if known) | **20-13438-SMG** |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor 's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| | | $92,229.79 | $62,986.00 | $29,243.79 |

**2.1**  **Department of Treasury**
Creditor's Name

Describe the property that secures the claim:

**See pages 1 - 3, Items 1 - 84 on the attached inventory list of property located at 2646 Sheridan Street, Hollywood FL 33020 (debtor's homestead)**

PO Box 7346
Philadelphia, PA
19101-7346
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **IRS Federal Tax Lien**

| Date debt was incurred | _____ | Last 4 digits of account number | **6881** |
|---|---|---|---|

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor 1  **Grisell Hernandez**
First Name          Middle Name          Last Name

Case number (if known)    **20-13438-SMG**

| 2.2 | **Keybank NA** | | | $36,072.00 | $10,000.00 | $26,072.00 |

Creditor's Name

Describe the property that secures the claim:

**2005 Crownline 270**
**Page 6, #64 on the attached**
**inventory list of property located at**
**2301 SW 57 Terr, West Pak FL**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**4910 Tiedeman Rd**
**Brooklyn, OH 44144-2338**
Number, Street, City, State & Zip Code

Nature of lien. Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

| 2.3 | **Paramount Residential Mortgage Group, I** | | | $306,709.00 | $395,000.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:

**2646 Sherman St, Hollywood, FL**
**33020-1949**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1265 Corona Pointe Ct**
**Ste 301**
**Corona, CA 92879-1799**
Number, Street, City, State & Zip Code

Nature of lien. Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **First Mortgage**

Date debt was incurred _____    Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here:    | $435,010.79 |

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:    | $435,010.79 |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**Amerihome Mortgage**
**PO Box 77404**
**Trenton, NJ 08628-6404**

On which line in Part 1 did you enter the creditor?    **2.3**

Last 4 digits of account number ____

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Fill in this information to identify your case: |
|---|

Debtor 1     **Grisell Hernandez**
_____
First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)  _____
First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE
DIVISION

Case number   **20-13438-SMG**
(if known)    _____

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| **Part 1:**   List All of Your PRIORITY Unsecured Claims |
|---|

1.   **Do any creditors have priority unsecured claims against you?**

   ■ No. Go to Part 2.

   ☐ Yes.

| **Part 2:**   List All of Your NONPRIORITY Unsecured Claims |
|---|

3.   **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

| 4.1 | **Antonio Balestena Jr.** | Last 4 digits of account number _____ | **$441,268.25** |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o Sahr O. Dumbar, Esq.**
**1200 Brickell Ave Ste 1950**
**Miami, FL 33131-3298**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   _____

Debtor 1  **Hernandez, Grisell**                                       Case number (if known)   **20-13438-SMG**

---

| 4.2 | **Antonio Balestena Sr** | Last 4 digits of account number | | unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

**15736 SW 102nd Ln**
**Miami, FL 33196-5411**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.3 | **Comenitycap/eldorado** | Last 4 digits of account number | 9878 | $2,278.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 182120**
**Columbus, OH 43218-2120**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2019-09**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Revolving account**

---

| 4.4 | **Leaf Funding Inc.** | Last 4 digits of account number | | unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o Donald E. Fucik, Esq.**
**950 S Pine Island Rd**
**Plantation, FL 33324-3918**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1  **Hernandez, Grisell**                          Case number (if known)    **20-13438-SMG**

---

| 4.5 | **Leaf Funding, Inc.** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**1 Commerce Square 2005 Market
St Fl 14
Philadelphia, PA 19019**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.6 | **Merrick Bank Corp** | Last 4 digits of account number  **0719** | **$625.00** |

Nonpriority Creditor's Name

When was the debt incurred?  **2019-05**

**PO Box 9201
Old Bethpage, NY 11804-9001**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Revolving account**

---

| 4.7 | **Mission Lane/Tab Bank** | Last 4 digits of account number  **8910** | **$809.00** |

Nonpriority Creditor's Name

When was the debt incurred?  **2019-05**

**PO Box 105286
Atlanta, GA 30348**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Revolving account**

---

Debtor 1  **Hernandez, Grisell**    Case number (if known)    **20-13438-SMG**

---

| 4.8 | **Nordstrom/Td Bank USA** | Last 4 digits of account number | **1147** | **$4,541.00** |

Nonpriority Creditor's Name

When was the debt incurred?    **2006-03**

**13531 E Caley Ave**
**Englewood, CO 80111-6504**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Revolving account**

---

| 4.9 | **Portfolio Recov Assoc** | Last 4 digits of account number | **5593** | **$771.00** |

Nonpriority Creditor's Name

When was the debt incurred?    **2014-04**

**120 Corporate Blvd Ste 100**
**Norfolk, VA 23502-4952**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Open account**

---

| 4.10 | **Wells Fargo Bank** | Last 4 digits of account number | **4297** | **$88.00** |

Nonpriority Creditor's Name
**Credit**

When was the debt incurred?    **2018-11**

**Bureau DISPUTE**
**Des Moines, IA 50301**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Revolving account**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor 1 | Hernandez, Grisell | Case number (if known) | 20-13438-SMG |
|---|---|---|---|

---

Name and Address
**Comenitycb/el Dorado**
**Attn: Bankruptcy Dept**
**PO Box 182125**
**Columbus, OH 43218-2125**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          9878

---

Name and Address
**Merrick Bank/Cardworks**
**Attn: Bankruptcy**
**PO Box 9201**
**Old Bethpage, NY 11804-9001**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          0719

---

Name and Address
**Mission Lane LLC**
**Attn: Bankruptcy Notice**
**237 Kearny St # 197**
**San Francisco, CA 94108-4502**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.7** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          8910

---

Name and Address
**Nordstrom Signature Visa**
**Attn: Bankruptcy**
**PO Box 6555**
**Englewood, CO 80155-6555**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.8** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          1147

---

Name and Address
**Portfolio Recovery**
**Attn: Bankruptcy**
**120 Corporate Blvd**
**Norfolk, VA 23502-4952**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.9** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          5593

---

Name and Address
**Sahr Dumbar, Esq**
**1200 Brickell Ave Ste 1950**
**Miami, FL 33131-3298**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.2** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Sahr Dumbar, Esq**
**1200 Brickell Ave Ste 1950**
**Miami, FL 33131-3298**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Wells Fargo Bank NA**
**Attn: Bankruptcy**
**1 Home Campus # MAC X2303-01A**
**Des Moines, IA 50328-0001**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          4297

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

Debtor 1  **Hernandez, Grisell**

Case number *(if known)*    **20-13438-SMG**

| | | | Total Claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $ _____ **0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ _____ **0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ _____ **0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ _____ **450,380.25** |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. $ _____ **450,380.25** |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Grisell Hernandez** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION |
| Case number (if known) | **20-13438-SMG** |

☐ Check if this is an
   amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1.  **Do you have any executory contracts or unexpired leases?**

    ☑ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 _____<br>Name<br><br>Number    Street<br><br>City          State      ZIP Code | |
| 2.2 _____<br>Name<br><br>Number    Street<br><br>City          State      ZIP Code | |
| 2.3 _____<br>Name<br><br>Number    Street<br><br>City          State      ZIP Code | |
| 2.4 _____<br>Name<br><br>Number    Street<br><br>City          State      ZIP Code | |
| 2.5 _____<br>Name<br><br>Number    Street<br><br>City          State      ZIP Code | |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Grisell Hernandez** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION |
| Case number (if known) | **20-13438-SMG** |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1  **Florida Powder Coating Solutions Corp.**<br>**2301 SW 57th Ter**<br>**West Park, FL 33023-4026** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.2**___<br>☐ Schedule G _____<br>**Antonio Balestena Sr** |
| 3.2  **Mario J. Saavedra**<br>**2646 Sherman St**<br>**Hollywood, FL 33020-1949** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.1**___<br>☐ Schedule G _____<br>**Antonio Balestena Jr.** |
| 3.3  **Mario J. Saavedra**<br>**2646 Sherman St**<br>**Hollywood, FL 33020-1949** | ■ Schedule D, line ___**2.3**___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Paramount Residential Mortgage Group, I** |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor 1   **Hernandez, Grisell** _____     Case number *(if known)*   **20-13438-SMG** _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.4   **Michael Saavedra**<br>**2301 SW 57th Ter**<br>**West Park, FL 33023-4026** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.1**__<br>☐ Schedule G _____<br>**Antonio Balestena Jr.** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Grisell Hernandez** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION |
| Case number (If known) | **20-13438-SMG** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | Occupation | **Office Manager** | |
| | Employer's name | **Bullseye Coating and Blasting Corp** | |
| | Employer's address | **2301 SW 57th Ter**<br>**West Park, FL 33023-4026** | |
| | How long employed there? | | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **3,466.67** | $ | **N/A** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ | **N/A** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ **3,466.67** | $ | **N/A** |

| Debtor 1 | **Hernandez, Grisell** | | Case number (*if known*) | **20-13438-SMG** |

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | Copy line 4 here ............................................................ | 4. | | $ 3,466.67 | $ N/A |

5. List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. | Insurance | 5e. | $ 0.00 | $ N/A |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. | Union dues | 5g. | $ 0.00 | $ N/A |
| 5h.+ | Other deductions. Specify: _____ | 5h.+ | $ 0.00 + | $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ **0.00**    $ **N/A**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ **3,466.67**    $ **N/A**

8. List all other income regularly received:

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $ **2,000.00**    $ **N/A**

8b. **Interest and dividends**   8b.   $ **0.00**    $ **N/A**

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $ **0.00**    $ **N/A**

8d. **Unemployment compensation**   8d.   $ **0.00**    $ **N/A**

8e. **Social Security**   8e.   $ **0.00**    $ **N/A**

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____   8f.   $ **0.00**    $ **N/A**

8g. **Pension or retirement income**   8g.   $ **0.00**    $ **N/A**

8h.+ **Other monthly income. Specify:** _____   8h.+   $ **0.00** +   $ **N/A**

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ **2,000.00**    $ **N/A**

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.   $ **5,466.67** + $ **N/A** = $ **5,466.67**

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11.   +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data*, if it applies   12.   $ **5,466.67**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1 **Grisell Hernandez**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA, FORT
LAUDERDALE DIVISION

Case number **20-13438-SMG**
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J
## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number
(if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ■ No

   Do not list Debtor 1 and    ☐ Yes. Fill out this information for
   Debtor 2.          each dependent..............

   Do not state the
   dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include
   expenses of people other than
   yourself and your dependents?**    ■ No    ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report
expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the
applicable date.

Include expenses paid for with non-cash government assistance if you know the
value of such assistance and have included it on *Schedule I: Your Income*
(Official Form 106I.)

| | **Your expenses** |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage
   payments and any rent for the ground or lot.      4. $ 2,477.66

   If not included in line 4:

   4a. Real estate taxes      4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance      4b. $ 0.00
   4c. Home maintenance, repair, and upkeep expenses      4c. $ 0.00
   4d. Homeowner's association or condominium dues      4d. $ 0.00
5. **Additional mortgage payments for your residence,** such as home equity loans      5. $ 0.00

Debtor 1    **Hernandez, Grisell**                                              Case number (if known)    **20-13438-SMG**

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | **120.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **132.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **175.00** |
| | 6d. | Other. Specify:    **Natural Gas** | 6d. $ | **21.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **750.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **150.00** |
| 10. | **Personal care products and services** | | 10. $ | **75.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **0.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | **0.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **120.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **25.00** |
| | 15b. | Health insurance | 15b. $ | **110.00** |
| | 15c. | Vehicle insurance | 15c. $ | **0.00** |
| | 15d. | Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **0.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. | Other. Specify: | 17c. $ | **0.00** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **85.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: | | 21. +$ | **0.00** |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | **4,240.66** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | **4,240.66** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **5,466.67** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | **4,240.66** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | **1,226.01** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.         Explain here:

**Fill in this information to identify your case:**

Debtor 1    **Grisell Hernandez**
First Name            Middle Name            Last Name

Debtor 2
(Spouse if, filing)    First Name            Middle Name            Last Name

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION

Case number    **20-13438-SMG**
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Grisell Hernandez**            X _____
**Grisell Hernandez**                    Signature of Debtor 2
Signature of Debtor 1

Date    **April 10, 2020**            Date _____

**Fill in this information to identify your case:**

Debtor 1    **Grisell Hernandez**
First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION

Case number   **20-13438-SMG**
(if known)

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**

    ☐ Married
    ■ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ☐ No
    ■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **6345 Collins Ave Apt TH2 Miami Beach, FL 33141-4665** | From-To: **08/01/2005 - 02/15/2019** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |
| **5997 SW 37th Ave Fort Lauderdale, FL 33312-6234** | From-To: **2015 - 08/2019** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ■ No
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ■ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |

Debtor 1    **Hernandez, Grisell**                                                                    Case number *(if known)*    **20-13438-SMG**

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $10,800.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, 2019 ) | ■ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $12,676.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2018 ) | ■ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $12,177.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ■ No
   ☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
   ☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?
   ☐ No.   Go to line 7.
   ☐ Yes   List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

   ■ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.   Go to line 7.
   ■ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

Debtor 1    **Hernandez, Grisell**                                                                 Case number *(if known)*    **20-13438-SMG**

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| |Paramount Residential Mortgage Group, I<br>1265 Corona Pointe Ct Ste 301<br>Corona, CA 92879-1799 | 01/03/2020 - 2,477.66<br>02/03/2020 - 2,477.66<br>03/03/2020 - 2,477.66 | $7,432.98 | $306,709.00 | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

   | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
   |---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

   | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
   |---|---|---|---|---|

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

   | Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
   |---|---|---|---|
   | Antonio Balestena Sr. v FL Powder Coating Solutions, et al<br>CACE 15-20347 | Debt Collection | 17 Judicial Circuit of Florida<br>201 SE 6th St<br>Fort Lauderdale, FL 33301-3303 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
   | Antonio Balestena Jr. v Michael Saavedra, et al<br>CACE 15-20163 | business dispute | 17 Judicial Circuit of Florida<br>201 SE 6th St<br>Fort Lauderdale, FL 33301-3303 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ■ No. Go to line 11.
    ☐ Yes. Fill in the information below.

    | Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
    |---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your**

| Debtor 1 | Hernandez, Grisell | Case number *(if known)* | 20-13438-SMG |
|---|---|---|---|

**accounts or refuse to make a payment because you owed a debt?**

■ No

☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No

☐ Yes

**Part 5:  List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600<br>Charity's Name<br>Address *(Number, Street, City, State and ZIP Code)* | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

**Part 6:  List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No

☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7:  List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Alberto M. Cardet, Esq<br>1330 Coral Way Ste 301<br>Miami, FL 33145-2945 | $1,155.00 Atty Fee<br>$385.00 Costs (filing fee + consumer liability reports) | 03/03/2020 | $1,500.00 |

Debtor 1  **Hernandez, Grisell**                                    Case number *(if known)*  **20-13438-SMG**

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☐ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Bullseye Coating and Blasting Corp** **2301 SW 57th Ter** **West Park, FL 33023-4026** | | **Items 1 - 64 on Pages 4 - 6 of the Personal Property Appraisal attached to Schedule B** | ☐ No ■ Yes |

Debtor 1  **Hernandez, Grisell**                                         Case number *(if known)*  **20-13438-SMG**

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

23.  **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐  **No**
■  **Yes. Fill in the details.**

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **Julio Cid-Ramirez**<br>**2646 Sherman St**<br>**Hollywood, FL 33020-1949** | **with debtor / vehicle used by debtor** | **2015 Chevy Colorado LT Black - Item 66 on page 7 of the Personal Property Appraisal attached to Schedule B** | **$25,000.00** |

---

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■  *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■  *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■  *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■  **No**
☐  **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25.  **Have you notified any governmental unit of any release of hazardous material?**

■  **No**
☐  **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26.  **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  **No**
☐  **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

27.  **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐  **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

☐  **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

☐  **A partner in a partnership**

---

Official Form 107                   Statement of Financial Affairs for Individuals Filing for Bankruptcy                                      page **6**

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor 1   **Hernandez, Grisell**                                          Case number *(if known)*   **20-13438-SMG**

&#9632; An officer, director, or managing executive of a corporation

&#9632; An owner of at least 5% of the voting or equity securities of a corporation

&#9633; No. None of the above applies. Go to Part 12.

&#9632; Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Bullseye Powder Coat, Inc.**<br>**2848 Stirling Rd Ste A**<br>**Hollywood, FL 33020-1137** | **did not operate** | EIN: **none**<br><br>From-To **12/26/2013 - 09/25/2015** |
| **Bullseye Coating and Blasting Corp**<br>**2301 SW 57th Ter**<br>**West Park, FL 33023-4026** | **sandblasting and powder coating**<br><br>**S. Daniel Picado 1930 SW 10 Street Miami FL 33135** | EIN: **81-0714458**<br><br>From-To **12/02/2015 - present** |
| **G.H. Boutique Distributor Corp.**<br>**6345 Collins Ave Apt TH2**<br>**Miami Beach, FL 33141-4665** | **did not operate** | EIN: **none**<br><br>From-To **02/15/2013 - 09/26/2014** |
| **Unique Professional Service Inc,**<br>**2344 NW 7th St # 48**<br>**Miami, FL 33125-3249** | **medical practice management company**<br><br>**S. Daniel Picado 1930 SW 10 Street Miami FL 33135** | EIN: **65-0871349**<br><br>From-To **10/21/1998 - 09/27/2013** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

&#9632; **No**
&#9633; **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
|  |  |

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Grisell Hernandez**
**Grisell Hernandez**                                          Signature of Debtor 2
**Signature of Debtor 1**

Date   **April 10, 2020**                                      Date

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
&#9632; No
&#9633; Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
&#9632; No
&#9633; Yes. Name of Person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 2020 CINGroup - www.cincompass.com

**United States Bankruptcy Court**
**Southern District of Florida, Fort Lauderdale Division**

IN RE:                                                                    Case No. **20-13438-SMG**

**Hernandez, Grisell**                                        Chapter **13**
_____
Debtor(s)

**VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **April 10, 2020**            Signature: */s/ Grisell Hernandez*
                                                              **Grisell Hernandez**                                   Debtor


Date: _____            Signature: _____
                                                                                                                      Joint Debtor, if any

© 2020 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Amerihome Mortgage
PO Box 77404
Trenton, NJ  08628-6404


Antonio Balestena Jr.
c/o Sahr O. Dumbar, Esq.
1200 Brickell Ave Ste 1950
Miami, FL  33131-3298


Antonio Balestena Sr
15736 SW 102nd Ln
Miami, FL  33196-5411


Broward County Tax Collector
115 S Andrews Ave Ste A-100
Fort Lauderdale, FL  33301-1888


Chex Systems, Inc.
7805 Hudson Rd
Saint Paul, MN  55125-1595


Comenitycap/eldorado
PO Box 182120
Columbus, OH  43218-2120


Comenitycb/el Dorado
Attn: Bankruptcy Dept
PO Box 182125
Columbus, OH  43218-2125

```
Department of Treasury
PO Box 7346
Philadelphia, PA  19101-7346


Dept of Highway Safety & Motor Veh
2900 Apalachee Pkwy
Tallahassee, FL  32399-6552


Equifax
PO Box 740241
Atlanta, GA  30374-0241


Experian
PO Box 2002
Allen, TX  75013-2002


Florida Department of Revenue
PO Box 6688
Tallahassee, FL  32314-6688


Florida Department of Transportation
605 Suwannee St
Tallahassee, FL  32399-6544


Keybank NA
4910 Tiedeman Rd
Brooklyn, OH  44144-2338
```

```
Leaf Funding Inc.
c/o Donald E. Fucik, Esq.
950 S Pine Island Rd
Plantation, FL  33324-3918


Leaf Funding, Inc.
1 Commerce Square 2005 Market St Fl 14
Philadelphia, PA  19019


Merrick Bank Corp
PO Box 9201
Old Bethpage, NY  11804-9001


Merrick Bank/Cardworks
Attn: Bankruptcy
PO Box 9201
Old Bethpage, NY  11804-9001


Miami-Dade Property Tax Collector
140 W Flagler St
Miami, FL  33130-1559


Mission Lane LLC
Attn: Bankruptcy Notice
237 Kearny St # 197
San Francisco, CA  94108-4502


Mission Lane/Tab Bank
PO Box 105286
Atlanta, GA  30348
```

Nordstrom Signature Visa
Attn: Bankruptcy
PO Box 6555
Englewood, CO  80155-6555


Nordstrom/Td Bank USA
13531 E Caley Ave
Englewood, CO  80111-6504


Paramount Residential Mortgage Group, I
1265 Corona Pointe Ct Ste 301
Corona, CA  92879-1799


Portfolio Recov Assoc
120 Corporate Blvd Ste 100
Norfolk, VA  23502-4952


Portfolio Recovery
Attn: Bankruptcy
120 Corporate Blvd
Norfolk, VA  23502-4952


Sahr Dumbar, Esq
1200 Brickell Ave Ste 1950
Miami, FL  33131-3298


Transunion
PO Box 6790
Fullerton, CA  92834-9416

```
Wells Fargo Bank
Credit
 Bureau DISPUTE
Des Moines, IA  50301


Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus # MAC X2303-01A
Des Moines, IA  50328-0001
```