

**ORDERED in the Southern District of Florida on April 21, 2020.**

_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                            Case No. 20-13438-SMG
                                                                  Chapter 13

GRISELL HERNANDEZ,

   Debtor.
_____/

**ORDER GRANTING-IN-PART: CREDITOR'S MOTION TO DISMISS
DEBTOR'S CHAPTER 13 CASE**

This matter came on before the Court on April 16th, 2020 at 1:00 p.m., for hearing on the *Creditor's Motion to Dismiss* (the "**Motion**") [ECF No.9], filed by Antonio Balestena, Jr., and the *Debtor's Response* [ECF No. 22] thereto, and the Court, considering the record, heard argument of respective counsels, being otherwise duly-advised in the premises, and for the reasons set forth on the record does hereby

ORDER and ADJUDGE that:

1. The **Motion** is **GRANTED-IN-PART**, as set forth herein below.

2. The Case is DISMISSED as the Debtor's liquidated noncontingent debts exceed the amount allowed under 11 U.S.C. Section 109(e).

3. Any funds remaining in the possession of the Trustee, either in a pre-confirmation or post-confirmation account, shall be utilized by the Trustee for payment of any outstanding filing fees or other costs due to the Clerk of the Court with respect to the subject Chapter 13 proceeding. The Trustee is authorized to disburse such funds, less all applicable Trustee's fees and costs on each such disbursement. If the Trustee does not have sufficient funds available to pay the balance due on behalf of the Debtors, the Debtors shall forthwith pay directly to the Clerk of U.S. Bankruptcy Court any amount due and owing on said filing fees or other costs, as required by Local Rule 1017-2(E).

4. The Clerk of Court is directed to refuse to accept for filing any future voluntary petitions submitted by this Debtors if the refiling violates a prior order of the Court or if the petition is accompanied by an Application to Pay Filing and Administrative Fees in Installments and any filing fees remain due from any previous case filed by the Debtors.

5. All pending motions are denied as moot.

###

Submitted by:
James B. Miller, Esq.
19 West Flagler St. #416
Miami, FL 33130
Tel. No. (305) 374-0200
Fax. No. (305) 374-0250
Email: jbm@title11law.com

<u>ECF Copies to</u>:

-alcardet@gmail.com, G1615@notify.cincompass.com;ebbycmecf@gmail.com
-James B Miller on behalf of Creditor Antonio Balestena, Jr. bkcmiami@gmail.com
-Office of the US Trustee   USTPRegion21.MM.ECF@usdoj.gov
-Robin R Weiner  ecf@ch13weiner.com;ecf2@ch13weiner.com


(Attorney **Miller** shall serve a conformed copy of this Order upon those not responding and file a certificate of service with the Court)